IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH WAYNE HENDRIX, #208777, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:15-CV-247-WKW |
| | ) |
| WARDEN DAVENPORT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend preliminary injunction with supporting affidavit filed by the plaintiff on June 8, 2015 (Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the defendants be GRANTED an extension from June 11, 2015 to and including June 25, 2015 to file their response to the plaintiff's motion for preliminary injunction.  In filing their response, the defendants shall address the allegations set forth in the plaintiff's affidavit in support of his motion.

Done this 9th day of June, 2015.

　　　　　　　　　　　　　　　　  /s/   Susan Russ Walker
　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE