IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH WAYNE HENDRIX, #208777, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:15-CV-247-WKW |
| | ) | |
| WARDEN DAVENPORT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on June 10, 2015 (Doc. No. 14), and as the court granted the defendants an extension until June 25, 2015 to file their response to the plaintiff's motion for preliminary injunction (Doc. No. 13), it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 10th day of June, 2015.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE