IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH WAYNE HENDRIX, AIS #208777, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:15-CV-247-ECM ) |
| CARTER DAVENPORT, et al., | ) ) |
| Defendants. | ) |

# **O R D E R**

On June 13, 2018, the Magistrate Judge entered a Recommendation (Doc. #56) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motion for summary judgment is GRANTED.

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice.

5. No costs are taxed.

Done this 20th day of August, 2018.

                            /s/Emily C. Marks
                            EMILY C. MARKS
                            UNITED STATES DISTRICT JUDGE